

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| BARBARA JACKSON and SANDRA SCHAAF, )<br><br>Plaintiffs, )<br><br>v. )<br><br>EQUICREDIT CORPORATION OF GEORGIA, EQUICREDIT CORPORATION OF AMERICA, NATIONSCREDIT FINANCIAL SERVICES CORPORATION, MICHAEL BLOUNT, GREG HALL, MICHAEL JOYNER, JEFF EDWARDS, INTEGRA MORTGAGE, and INTEGRA MORTGAGE, INC., and FAIRBANKS CAPITAL CORP. )<br><br>Defendants. | CIVIL ACTION FILE NO.<br>4:00-CV-184-2 (WDO)<br>(Consolidated Actions) |

### ORDER

This matter is before the Court on the Joint Motion of Defendants EquiCredit Corporation of America, NationsCredit Financial Services Corporation and Michael Joyner to voluntarily dismiss without prejudice Counts I-III of EquiCredit's Counterclaim against Plaintiff Barbara Jackson, as well as EquiCredit's, NationsCredit's and Michael Joyner's respective Cross-Claims. By Orders entered May 27, 2004, September 30, 2004,

and May 24, 2005, the Court granted summary judgment to all Defendants on Plaintiff Barbara Jackson's Amended Complaint, denied Plaintiff Jackson's request for reconsideration of the grant of summary judgment to Defendants, and awarded judgment to EquiCredit Corporation of America on Count IV of its Counterclaim against Plaintiff Barbara Jackson in the principal amount of $111,357.88, accrued interest in the amount of $45,648.81, late charges in the amount of $1,551.56, advances for unpaid ad volerem taxes and property casualty insurance in the amount of $10,800.31, and statutory attorneys' fees in the amount of $15,725.67. In light of these rulings, EquiCredit seeks to voluntarily dismiss without prejudice the remaining counts in its Counterclaim, leaving only Count IV pending for entry of judgment in accordance with the Court's previous orders. Defendants also seek an order dismissing EquiCredit's and NationsCredit's Cross-Claims without prejudice, and dismissing Michael Joyner's Cross-Claims without prejudice. Defendants further seek the entry of final judgment which includes the costs set forth in their respective Bill of Costs previously filed with Court. Defendants having shown good cause for the dismissal without prejudice of the remaining claims in this case and the entry of final judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' motion is granted. The Court hereby dismisses without prejudice Counts I, II and III of EquiCredit's Counterclaim against Plaintiff Barbara Jackson, as well as EquiCredit's, NationsCredit's, and Michael Joyner's respective Cross-Claims.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk is hereby directed to enter judgment (i) dismissing Plaintiff Barbara Jackson's Amended Complaint with prejudice as to all named Defendants; (ii) awarding judgment to EquiCredit Corporation of America on Count IV of its Counterclaim against Plaintiff Barbara Jackson in the principal amount of $111,357.88, accrued interest in the amount of $45,648.81, late charges in the amount of $1,551.56, advances for unpaid ad volerem taxes and property casualty insurance in the amount of $10,800.31, statutory attorneys' fees in the amount of $15,725.67, and court costs in the amount of $4,265.17; (iii) awarding Michael Joyner court costs in the amount of $6,191.73; and (iv) dismissing without prejudice Counts I-III of EquiCredit's Counterclaim, EquiCredit's and NationsCredit's Cross-Claims, and Michael Joyner's Cross-Claims.

SO ORDERED, this 31st day of August, 2005.

/s/ Wilbur D. Owens, Jr.
**WILBUR D. OWENS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**